**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

June 3, 2009

Edwin J. Harron
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Attorneys for Harry J. Pappas
and Stella A. Pappas

Richard F. Casher
Kasowitz, Benson, Torres &
Friedman LLP
1633 Broadway
New York, New York 10019

Attorneys for Fortress
Credit Corp.

Re: Harry J. Pappas and Stella A. Pappas
    Case No. 08-10949

Dear Counsel:

This letter is in reference to the Court's *in camera* review of the documents Fortress Credit Corp. identified as privileged in response to Debtor Harry J. Pappas' document requests. The attached spreadsheet lists documents Fortress

identified as with-holdable that, upon review, I have determined should not be withheld. For each document, the attached spreadsheet: (1) identifies the page number on the privilege or redaction log supplied by Fortress on which the document was identified as with-holdable, the chart reference number assigned to that document by Fortress, and the beginning and ending document reference number (both as assigned by Fortress) of the pages to be removed from withheld documents; and (2) briefly explains why the document(s) in that page-range is(are) not with-holdable.

Of note, I have determined that drafts of documents prepared for eventual release to third parties -- such as loan documents, acceleration notices, and guarantee demands -- are not protected by the attorney work product doctrine or the attorney-client privilege.

> The attorney work product doctrine protects a "zone of privacy within which to think, plan, weigh facts and evidence, candidly evaluate a client's case, and prepare legal theories." . . . The scope of this doctrine . . . is confined to "materials prepared in anticipation of litigation or for trial." . . . The privilege does not shield from discovery documents that were "prepared in the regular course of . . . business, rather than specifically for litigation, even if it is apparent that a party may soon resort to litigation."

Western Trails, Inc. v. Camp Coast To Coast, Inc., 139 F.R.D. 4, 9 (D.D.C. 1991) (quoting Coastal States Gas Corp. v. Dept. of Energy, 617 F.2d 854, 864 (D.C. Cir. 1980) and Fann v. Giant Food, Inc.,

115 F.R.D. 593, 596 (D.D.C. 1987)). Thus, drafts of documents are not protected by the attorney work product doctrine.

In addition, a majority of courts, including all circuit courts that have addressed the issue, have held that "[p]reliminary drafts of letters or documents which are to be published to third parties lack confidentiality." North Carolina Elec. Membership Corp. v. Carolina Powers and Light Co., 110 F.R.D. 511, 516 (M.D. N.C. 1986). See also United States v. Under Seal (In re Grand Jury Proceedings), 33 F.3d 342, 354-55 (4th Cir. 1994) (reaffirming that drafts of documents which contain information that reasonably could be expected to be imparted to third parties are not protected by the attorney-client privilege); United States v. Lawless, 709 F.2d 485, 487 (7th Cir. 1983) ("When information is transmitted to an attorney with the intent that the information will be transmitted to a third party (in this case on a tax return), such information is not confidential."); United States v. Pipkins, 528 F.2d 559, 563 (5th Cir. 1976) ("[C]ourts have refused to apply the privilege to information that the client intended his attorney to impart to others."); Colton v. United States, 306 F.2d 633, 638 (2d Cir. 1962) ("Not all communications between an attorney and [her or] his client are privileged.  Particularly in the case of an attorney preparing a tax return . . . a good deal of information transmitted to an attorney by a client is not intended to be confidential, but rather is given for transmittal by the attorney to others . . . .

Such information is, of course, not privileged."); Heidelberg Harris, Inc. v. Mitsubishi Heavy Indus., Ltd., 1996 WL 732522, at *3 (N.D. Ill. Dec. 9, 1996) (holding that a draft of a purchasing agreement was not entitled to attorney-client privilege); Shore Acres Nursing Home, Inc. v. Continental Medical Systems, Inc., 1992 U.S. Dist. LEXIS 3243, at *13 (E.D. Pa. March 17, 1992) (noting with apparent approval that the court in Republican Party v. Martin, 136 F.R.D. 421, 427 (E.D. N.C. 1991), "held that drafts of documents which were intended to be submitted to third parties were likewise not privileged"). Further, in RCA Corp. v. Data Gen. Corp., 1986 U.S. Dist. LEXIS 23244, at *18-19 (D. Del. 1986), the District of Delaware stated: "a draft of a document, like the final version of the document, is not privileged to the extent that it contains information included with an eye towards disclosure in the final document." Accordingly, I find that drafts of any documents prepared for eventual release to third parties are not protected by the attorney-client privilege, and, thus, are not with-holdable.

With this in mind, the documents that should not be withheld fall into the categories bulleted below. Some of the documents were attached to emails that are protected by the attorney-client privilege; the attached spreadsheet identifies those documents that were attached to with-holdable emails by the phrase "Email is ACP" and the document range to be removed from withheld documents demarcated by the beginning and ending document

reference numbers does not include the accompanying email. If those words are not included, the email also is not protected by the attorney-client privilege; these emails merely state what the attached document is -- such as, "Attached is an amendment to the Reallocation Agreement."

In addition, some emails among Fortress employees and various lenders merely copy attorneys or, occasionally, do not copy any attorneys. To the extent these emails do not direct questions to the copied attorneys, discuss legal advice previously rendered, discuss whether legal advice should be sought in the future, or are not included within an email chain that was directed at some point to attorneys, such emails are not protected by the attorney-client privilege and I have included them among the documents that are not with-holdable. For example, in an already redacted email, a lender emailed Fortress regarding the date used for the balances on DIP allocation; no attorneys were copied and no legal advice was discussed or sought.

The categories of documents not with-holdable are:
- Drafts of amendment to reallocation agreement
- Drafts of instructions to agents/indemnity
- Drafts of PTSC undertaking letter
- Drafts of individual guarantee demand and individual guarantee termination and release
- Drafts of acceleration notice
- Drafts of intercreditor agreement

- Drafts of Pappas-Fortress credit facility term sheet and Pappas-Fortress credit agreement
- Drafts of Pappas-Fortress reservation letter
- Drafts of DIP financing term sheet, DIP financing, and DIP credit agreement
- Drafts of pledge and security agreement
- Drafts of subsidiary guarantee and security agreement
- Drafts of default notice
- Drafts of reservation of rights letter
- Drafts of discussion paper regarding forbearance and forbearance agreement
- Drafts of pre-negotiation agreement and pre-negotiation letter to Pappas
- Drafts of affiliate pledge agreement
- Drafts of deposit control agreement
- Drafts of bidding procedures
- Drafts of Pappas engagement letter
- Drafts of waiver letter
- Drafts of second lien
- Drafts of assignment and acceptance agreement
- Emails between Fortress and lenders or consultants; attorneys sometimes copied or forwarded
- Emails between Fortress employees; attorneys sometimes copied

As noted by Fortress, because only specific categories and types of communications were subject to the Debtors' document requests, some of the withheld documents may include information that needs to be redacted to remove non-responsive material.

7

Accordingly, Fortress should review the documents (based on beginning and ending document reference numbers) I have indicated are not privileged, redact as necessary, and then produce them to the Debtors.

Very truly yours,

Peter J. Walsh

PJW:ipm

In re Pappas, Case No. 08-10949                                                                June 3, 2009

### Privilege Log of Fortress Credit Corp. -- Withheld Documents

| Chart Pg. | Chart Ref. No. | Beg. Doc. Ref. | End Doc. Ref. | Reason Not With-holdable |
|---|---|---|---|---|
| 2 | 20 | PAP00031774 | PAP00031781 | Draft of amendment to reallocation agreement |
| 3 | 21 | PAP00031783 | PAP00031789 | Draft of amendment to reallocation agreement |
| 3 | 25 | PAP00031860 | PAP00031867 | Draft of instructions to agents/indemnity |
| 3 | 26 | PAP00031868 | PAP00031875 | Draft of instructions to agents/indemnity |
| 4 | 27 | PAP00031876 | PAP00031886 | Draft of instructions to agents/indemnity; Draft of PTSC undertaking letter |
| 4 | 28 | PAP00031887 | PAP00031894 | Draft of instructions to agents/indemnity |
| 5 | 33 | PAP00032001 | PAP00032008 | Draft of instructions to agents/indemnity; Email is ACP |
| 5 | 34 | PAP00032015 | PAP00032028 | Draft of instructions to agents/indemnity; Email is ACP |
| 5 | 36 | PAP00032034 | PAP00032047 | Draft of instructions to agents/indemnity; Email is ACP |
| 7 | 43 | PAP00032222 | PAP00032225 | Draft of individual guarantee demand; Draft of acceleration notice; Email is ACP |
| 9 | 50 | PAP00032330 | PAP00032344 | Draft of Pappas-Fortress facility termsheet |
| 9 | 53 | PAP00032449 | PAP00032466 | Draft of DIP financing term sheet; Email is ACP |
| 9 | 54 | PAP00032467 | PAP00032487 | Draft of DIP financing term sheet; Email is ACP |
| 12 | 65 | PAP00033790 | PAP00034125 | Draft of DIP credit agreement; Draft of pledge and security agreement; Draft of subsidiary guarantee and security agreement; Email is ACP |
| 13 | 66 | PAP00034244 | PAP00034248 | Draft of default notice and reservation of rights letter |
| 13 | 68 | PAP00034255 | PAP00034257 | Draft of default notice and reservation of rights letter; Email is ACP |
| 13 | 70 | PAP00034262 | PAP00034268 | Draft of default notice and reservation of rights letter; Email is ACP |
| 14 | 77 | PAP00035371 | PAP00035377 | Draft of discussion paper regarding forbearance |
| 14 | 78 | PAP00035378 | PAP00035384 | Draft of discussion paper regarding forbearance |
| 14 | 80 | PAP00035446 | PAP00035459 | Draft of discussion paper regarding forbearance; Email is ACP |
| 15 | 89 | PAP00035505 | PAP00035511 | Draft of discussion paper regarding forbearance; Email is ACP |
| 15 | 90 | PAP00035532 | PAP00035548 | Draft of pre-negotiation agreement; Email is ACP |
| 15 | 94 | PAP00035575 | PAP00035577 | Draft of pre-negotiation letter to Pappas; Email is ACP |
| 15 | 96 | PAP00035589 | PAP00035591 | Draft of pre-negotiation letter to Pappas; Email is ACP |
| 17 | 116 | PAP00036106 | PAP00036155 | Draft of Pappas-Fortress credit agreement |
| 17 | 123 | PAP00036448 | PAP0036489 | Draft of Pappas-Fortress credit agreement; Email is ACP |
| 25 | 230 | PAP00038692 | PAP00038772 | Draft of forbearance agreement; Email is ACP |
| 28 | 266 | PAP00039907 | PAP00039915 | Draft of PTSC undertaking letter; Email is ACP |
| 28 | 267 | PAP00039917 | PAP00039920 | Draft of acceleration notice |
| 28 | 269 | PAP00039923 | PAP00039926 | Draft of individual guarantee demand |
| 29 | 279 | PAP00039979 | PAP00039982 | Email between Fortress and lender; attorneys copied |
| 30 | 290 | PAP00040101 | PAP00040136 | Draft of Fortress-Pappas facility; Draft of individual guarantee termination and release; Draft of intercreditor agreement; Email is ACP |
| 32 | 317 | PAP00040453 | PAP00040460 | Draft of instructions to agents/indemnity |
| 32 | 318 | PAP00040464 | PAP00040469 | Draft of instructions to agents/indemnity; Email is ACP |
| 33 | 320 | PAP00040477 | PAP00040482 | Draft of instructions to agents/indemnity; Email is ACP |
| 36 | 368 | PAP00041275 | PAP00041276 | Email between Fortress employees; attorneys copied |
| 36 | 369 | PAP00041279 | PAP00041313 | Draft of summary chart to be sent to Pappas; Email is ACP |
| 39 | 406 | PAP00041942 | PAP00041945 | Draft of acceleration notice; Draft of individual guarantee demand; Email is ACP |

## Privilege Log of Fortress Credit Corp. -- Withheld Documents

| Chart Pg. | Chart Ref. No. | Beg. Doc. Ref. | End Doc. Ref. | Reason Not With-holdable |
|---|---|---|---|---|
| 41 | 436 | PAP00042378 | PAP00042391 | Draft of Fortress-Pappas facility termsheet; Email is ACP |
| 42 | 446 | PAP00042482 | PAP00042511 | Draft of Fortress-Pappas facility termsheet |
| 55 | 533 | PAP00043212 | PAP00043233 | Draft of DIP financing |
| 58 | 568 | PAP00043458 | PAP00043511 | Draft of DIP financing; Email is ACP |
| 59 | 571 | PAP00043522 | PAP00043572 | Draft of DIP financing; Email is ACP |
| 72 | 666 | PAP00044285 | PAP00044314 | Draft of affiliate pledge agreement; Email is ACP |
| 81 | 760 | PAP00046617 | PAP00046625 | Draft of deposit control agreement; Email is ACP |
| 83 | 797 | PAP00048270 | PAP00048305 | Draft of DIP financing |
| 84 | 798 | PAP00048518 | PAP00048550 | Draft of DIP financing; Email is ACP |
| 85 | 804 | PAP00048633 | PAP00048664 | Draft of DIP financing; Email is ACP |
| 85 | 807 | PAP00049007 | PAP00049077 | Draft of DIP financing |
| 89 | 829 | PAP00050467 | PAP00050643 | Draft of DIP credit agreement; Email is ACP |
| 92 | 854 | PAP00051032 | PAP00051196 | Draft of DIP credit agreement; Email is ACP |
| 96 | 887 | PAP00052825 | PAP00052966 | Draft of DIP credit agreement; Email is ACP |
| 100 | 933 | PAP00055259 | PAP00055865 | Draft of subsidiary guarantee and security agreement; Draft of pledge and security agreement; Draft of DIP credit agreement; Email is ACP |
| 106 | 1033 | PAP00097802 | PAP00097834 | Draft of DIP financing; Email and draft motion are ACP |
| 106 | 1037 | PAP00109205 | PAP00109381 | Draft of DIP credit agreement; Email is ACP |
| 108 | 1094 | PAP00167464 | PAP00167475 | Email from ABC to Fortress and attached valuations; email forwarded to attorneys |
| 108 | 1095 | PAP00167807 | PAP00167818 | Attached valuations from forwarded email from ABC to Fortress; Attorney reply ACP |
| 109 | 1107 | PAP00169665 | PAP00169672 | Draft of bidding procedures; Email is ACP |
| 110 | 1117 | PAP00196823 | PAP00196899 | Draft of forbearance agreement; Email is ACP |
| 110 | 1141 | PAP00206887 | PAP00206967 | Draft of forbearance agreement; Email is ACP |
| 111 | 1153 | PAP00208749 | PAP00208911 | Draft of forbearance agreement; Email is ACP |
| 114 | 1262 | PAP00247816 | PAP00247899 | Draft of forbearance agreement; Email is ACP |
| 116 | 1301 | PAP00298572 | PAP00298611 | Draft of Pappas-Fortress credit agreement; Email is ACP |
| 116 | 1308 | PAP00313321 | PAP00313384 | Draft of forbearance agreement |
| 117 | 1324 | PAP00321304 | PAP00321309 | Draft of amendment to reallocation agreement; Email is ACP |
| 118 | 1377 | PAP00344093 | PAP00344107 | Draft of instructions to agents/indemnity; Email is ACP |
| 120 | 1421 | PAP00370648 | PAP00370651 | Draft of acceleration notice; Draft of demand for payment; Email is ACP |
| 120 | 1425 | PAP00370698 | PAP00370701 | Draft of acceleration notice; Draft of demand for payment; Email is ACP |
| 120 | 1436 | PAP00377106 | PAP00377118 | Draft of Pappas-Fortress facility; Email is ACP |
| 123 | 1519 | PAP00427749 | PAP00427867 | Draft of Pappas-Fortress credit agreement; Draft of Local Marketing Agreement; Email is ACP |
| 129 | 1580 | PAP00489322 | PAP00489322 | Email between Fortress and lender; attorneys copied |
| 130 | 1601 | PAP00512644 | PAP00512657 | Draft of Pappas-Fortress credit agreement; Email is ACP |
| 133 | 1649 | PAP00519688 | PAP00519693 | Draft of Pappas-Fortress credit agreement; Email and attached table ACP |
| 137 | 1699 | PAP00611299 | PAP00611308 | Draft of Pappas-Fortress credit agreement; Email is ACP |
| 138 | 1706 | PAP00614939 | PAP00614993 | Draft of forbearance agreement; Email is ACP |
| 138 | 1707 | PAP00615301 | PAP00615358 | Draft of forbearance agreement; Email is ACP |
| 138 | 1708 | PAP00615397 | PAP00615454 | Draft of forbearance agreement; Email is ACP |
| 138 | 1711 | PAP00615610 | PAP00615617 | Draft of PTSC undertaking letter; Email is ACP |
| 138 | 1714 | PAP00616227 | PAP00616284 | Draft of forbearance agreement; Email is ACP |
| 140 | 1748 | PAP00631512 | PAP00631517 | Draft of PTSC undertaking letter |
| 141 | 1756 | PAP00631656 | PAP00631659 | Draft of PTSC undertaking letter; Email is ACP |

## Privilege Log of Fortress Credit Corp. -- Withheld Documents

| Chart Pg. | Chart Ref. No. | Beg. Doc. Ref. | End Doc. Ref. | Reason Not With-holdable |
|---|---|---|---|---|
| 141 | 1757 | PAP00631663 | PAP00631666 | Draft of PTSC undertaking letter; Email is ACP |
| 142 | 1780 | PAP00637266 | PAP00637269 | Draft of acceleration notice; Draft of demand for payment; Email is ACP |
| 143 | 1789 | PAP00637704 | PAP00637716 | Draft of amendment to reallocation agreement; Draft of instructions to agents/indemnity; Email is ACP |
| 143 | 1793 | PAP00637979 | PAP00637982 | Draft of instructions to agents/indemnity; Email is ACP |
| 143 | 1795 | PAP00720427 | PAP00720452 | Draft of Pappas engagement letter; Email is ACP |
| 144 | 1797 | PAP00725134 | PAP00725160 | Draft of Pappas engagement letter; Email is ACP |
| 144 | 1798 | PAP00725161 | PAP00725175 | Draft of Pappas engagement letter |
| 144 | 1799 | PAP00725176 | PAP00725203 | Draft of Pappas engagement letter |
| 146 | 1805 | PAP00738039 | PAP00738040 | Draft of Pappas-Fortress reservation letter; Email is ACP |
| 150 | 1854 | PAP00778641 | PAP00778647 | Draft of waiver letter |
| 150 | 1856 | PAP00778659 | PAP00778665 | Draft of waiver letter |
| 150 | 1862 | PAP00778852 | PAP00778857 | Draft of waiver letter |
| 151 | 1865 | PAP00779893 | PAP00779898 | Draft of waiver letter; Email is ACP |
| 156 | 2114 | PAP01234483 | PAP01234488 | Draft second lien; Email is ACP |
| 157 | 2220 | PAP01239312 | PAP01239320 | Draft of PTSC undertaking letter; Email is ACP |
| 157 | 2252 | PAP01258666 | PAP01259055 | Draft of DIP Credit Agreement; Email is ACP |
| 157 | 2261 | PAP01348978 | PAP01348998 | Draft of Pappas-Fortress credit agreement; Email is ACP |

## Privilege Log of Fortress Credit Corp. -- Redacted Documents

| Chart Pg. | Chart Ref. No. | Beg. Doc. Ref. | End Doc. Ref. | Reason Not Withholdable |
|---|---|---|---|---|
| 1 | 4 | PAP00031944 | PAP00031953 | Draft of Pappas-Fortress facility; Email is ACP |
| 7 | 138 | PAP00044015 | PAP00044016 | Email between Fortress and lender |
| 21 | 421 | PAP00393383 | PAP00393383 | Email between Fortress and lender; attorneys copied |
| 21 | 424 | PAP00438143 | PAP00438145 | Email between Fortress and lenders |
| 23 | 437 | PAP00481761 | PAP00481764 | Email between Fortress employees; attorneys copied |
| 23 | 444 | PAP00486957 | PAP00486958 | Email between Fortress and lenders; attorneys copied |
| 24 | 447 | PAP00487469 | PAP00487470 | Email between Fortress and lender; attorneys copied |
| 24 | 464 | PAP00517149 | PAP00517149 | Email between Fortress employees; attorneys copied |
| 25 | 495 | PAP00598865 | PAP00598865 | Email between Fortress employees |
| 28 | 561 | PAP00735407 | PAP00735410 | Email between Fortress and lenders; attorneys copied |
| 28 | 563 | PAP00735421 | PAP00735423 | Email between Fortress and lenders; attorneys copied |
| 29 | 579 | PAP00751474 | PAP00751475 | Email between Fortress and lenders; attorneys copied |
| 30 | 599 | PAP00883043 | PAP00883048 | Draft assignment and acceptance agreement; Email is ACP |
| 31 | 655 | PAP01221747 | PAP01221750 | Email between Fortress employees; attorneys copied |
| 31 | 657 | PAP01223146 | PAP01223148 | Draft of reservation of rights letter; Email is ACP |
| 31 | 669 | PAP01224235 | PAP01224236 | Email between Fortress and lenders; attorneys copied |
| 34 | 799 | PAP01242046 | PAP01242046 | Email between Fortress and lenders |
| 35 | 800 | PAP01242106 | PAP01242106 | Email between Fortress and lenders |