IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PAPPAS LIQUIDATING TRUST, | ) | Case No. 08-10949 (LSS) |
| | ) | |
| Debtor.[1] | ) | Jointly Administered |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

       1.      On July 15, 2015, David P. Stapleton, in his capacity as successor trustee (the "Liquidating Trustee") of the Pappas Liquidating Trust (the "Liquidating Trust") established pursuant to the *Debtors' First Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code* [D.I. 1153] (the "Plan") and this Court's order (the "Confirmation Order") [D.I. 1166], by and through his undersigned counsel, filed a motion (the "Bidding Procedures Motion"), pursuant to sections 105 and 1142 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking the entry of an order (the "Bidding Procedures Order") (a) approving proposed auction and bid procedures (the "Bidding Procedures"), in connection with the sale of certain television station assets in Nebraska (collectively, the "Nebraska Television Assets") (b) scheduling an auction (the "Auction") for the Nebraska Television Assets for October 27, 2015 and a hearing to approve the sale of the Nebraska Television Assets (the "Sale Hearing") for November 4, 2015, subject to Court approval and availability and (c) approving the form and manner of the notice of the Auction and the Sale Hearing.

---

[1]     Harry J. Pappas and Stella A. Pappas were the debtors in these jointly administered chapter 11 proceedings, but they obtained their bankruptcy discharge pursuant to 11 U.S.C. §§ 1141(d) and 524 on January 3, 2012, at which time liability for discharged claims was assigned to, and assumed by, the Pappas Liquidating Trust.

2.     On August 21, 2015, the United States Bankruptcy Court for the District of Delaware entered an order (the "Bidding Procedures Order") approving the Bidding Procedures. A copy of the Bidding Procedures Order is attached hereto as **Exhibit A.**

3.     Pursuant to the proposed Bidding Procedures Order, if at least two Qualified Bids in respect of the any of the Nebraska Television Assets is received by the Bid Deadline, the Liquidating Trustee will conduct the Auction. The Auction is scheduled to take place at the offices of Pepper Hamilton LLP, 1313 N. Market Street, Suite 5100, Wilmington, Delaware 19801, at 10:00 a.m. (Eastern Time) on October 27, 2015. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, by no later than October 19, 2015 at 5:00 p.m. (Eastern Time) (the "Bid Deadline") may bid at the Auction. Any party that wishes to take part in this process and submit a bid for any portion of the Nebraska Television Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4.     The Court will conduct a Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, on November 4, 2015 at 10:00 a.m. (Eastern Time). The Sale Hearing will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5.     Objections, if any, to the sale, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on

or before November 2, 2015 at 12:00 p.m. (Eastern Time); and be served upon the Liquidating Trustee's counsel, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801 (Attn: David B. Stratton, Esq.) **so as to be received no later than November 2, 2015 at 12:00 p.m. (Eastern Time).** UNLESS AN OBJECTION IS TIMELY SERVED AND FILED, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

6.  This Notice of Auction and Sale Hearing is subject to more complete terms and conditions of the Bidding Procedures Motion and the Bidding Procedures Order, which Bidding Procedures Order shall control in the event of any conflict. The Liquidating Trustee encourages parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Nebraska Television Assets and/or copies of any related document, including the Bidding Procedures Motion, may make a written request to the undersigned counsel. In addition, copies of the Bidding Procedures Motion, the Bidding Procedures Order and this Notice are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated:  August 26, 2015
         Wilmington, Delaware

/s/ Michael J. Custer
David B. Stratton (DE 960)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

*Attorneys for the Liquidating Trustee*