# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PAPPAS LIQUIDATING TRUST, ) | Case No. 08-10949 (LSS) |
| ) | |
| Debtors.[1] ) | Jointly Administered |
| ) | |
| ) | **Related Docket No. 1882** |

## DECLARATION OF SERVICE

I, Michael J. Custer, hereby certify that on the 4th day of November, 2015, I caused the foregoing **Order Authorizing the Liquidating Trustee to Exercise the Liquidating Trust's Controlling Interests in Certain Non-Debtor Entities to Authorize a Sale of Their Assets and Granting Related Relief** (Docket No. 1882) to be served upon the persons identified on the attached service list in the manner indicated thereon.

Dated November 9, 2015  
Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/ Michael J. Custer  
David B. Stratton (DE No. 960)  
Evelyn J. Meltzer (DE No. 4581)  
Michael J. Custer (DE No. 4843  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, Delaware  19899-1709  
Telephone:    (302) 777-6500  
Facsimile:     (302) 421-8390  
E-mail:         strattond@pepperlaw.com  
                    meltzere@pepperlaw.com  
                    custerm@pepperlaw.com

---

[1] Harry J. Pappas and Stella A. Pappas were the debtors in these jointly administered chapter 11 proceedings, but they obtained their bankruptcy discharge pursuant to 11 U.S.C. §§ 1141(d) and 524 on January 3, 2012, at which time liability for discharged claims was assigned to, and assumed by, the Pappas Liquidating Trust.

#36324562 v1

| | |
|---|---|
| Ableco Finance LLC<br>Attn: Officer, Director, or Managing Agent<br>299 Park Avenue<br>New York, NY 10171<br>**FIRST CLASS MAIL** | Elihu E. Allinson, III, Esq.<br>SULLIVAN HAZELTINE ALLINSON LLC<br>901 Market Street, Suite 1300<br>Wilmington, DE 19801<br>Mitts Telecasting Company,<br>Colins Broadcasting Corp.,<br>and Thomas Mitts, M.D.<br>**HAND DELIVERY** |
| American Express<br>Attn: Officer, Director, or Managing Agent<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001<br>**FIRST CLASS MAIL** | Attorney General's Office<br>Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 8th Floor<br>Wilmington, DE 19801<br>**HAND DELIVERY** |
| Michael A. Berman, Esq.<br>Office of General Counsel - Bankruptcy<br>Securities & Exchange Commission<br>100 F Street NE<br>Washington, DC 20549<br>**FIRST CLASS MAIL** | Matthew Berry<br>General Counsel<br>Federal Communications Commission<br>445 12th Street, SW<br>Washington, DC 20554<br>**FIRST CLASS MAIL** |
| Ian C. Bifferato, Esq.<br>BIFFERATO LLC<br>800 North King Street - Plaza Level<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors<br>of Pappas Telecasting Inc., et al.)<br>**HAND DELIVERY** | Tyler Brown, Esq.<br>Riverfront Plaza, East Tower<br>HUNTON & WILLIAMS LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>(Goldman Sachs Specialty Lending Group)<br>**FIRST CLASS MAIL** |
| Andrew Calamari<br>Regional Director, New York Regional Office<br>Securities and Exchange Commission<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281<br>**FIRST CLASS MAIL** | Victoria Watson Counihan, Esq.<br>Dennis A. Meloro, Esq.<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(Chapter 11 Trustee in<br>In re Pappas Telecasting Inc., et al.)<br>**HAND DELIVERY** |

#33390906 v1 (14 hand delivery, 37 regular mail)

| | |
|---|---|
| Constantine M. Dakolis<br>Chief Credit Officer<br>Fortress Credit Corp., as Administrative Agent<br>1345 Avenue of Americas, 46th Floor<br>New York, NY 10105<br>***FIRST CLASS MAIL*** | Vito I. DiMaio<br>PARCELS, INC.<br>230 N. Market Street<br>Wilmington, DE 19801<br>***HAND DELIVERY*** |
| Melanie Dovano<br>First Vice President - Western Market<br>Comerica Bank<br>333 West Santa Clara Street, 12th Floor<br>Special Assets Group M/C 4841<br>P.O. Box 2249<br>San Jose, CA 95109<br>***FIRST CLASS MAIL*** | Peter J. Duhig, Esq.<br>BUCHANAN INGERSOLL & ROONEY PC<br>1105 Market Street, Suite 1900<br>Wilmington, DE 19801<br>(Comerica Bank)<br>***HAND DELIVERY*** |
| Tad Edwards<br>Bret Bastrire<br>CHINOWTH PARTNERS<br>3330 W. Mineral King, Suite C<br>Visalia, CA 93291<br>***FIRST CLASS MAIL*** | Jeff Ferry<br>Goldman Sachs Specialty Lending Group, L.P.<br>11605 Haynes Bridge Road, Suite 695<br>Alpharetta, GA 30004<br>***FIRST CLASS MAIL*** |
| Fortress Credit Corporation<br>Attn: Officer, Director, or Managing Agent<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105<br>(Secured Lenders)<br>***FIRST CLASS MAIL*** | Thomas M. Fuller<br>Silver Oak Capital LLC<br>245 Park Avenue<br>New York, NY 10167<br>***FIRST CLASS MAIL*** |
| Neil B. Glassman, Esq<br>Evan T. Miller, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(Media Trust Acquisitions, LLC)<br>***HAND DELIVERY*** | Andrew K. Glenn, Esq.<br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>(Fortress Credit Corp.)<br>***FIRST CLASS MAIL*** |

#33390906 v1 (14 hand delivery, 37 regular mail)

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101
*FIRST CLASS MAIL*

Internal Revenue Service
2970 Market Street
PO Box 7346
Philadelphia, PA 19101
*FIRST CLASS MAIL*

John C. King
Chief Financial Officer
Fortress Credit Corp., as Administrative Agent
1345 Avenue of Americas, 46th Floor
New York, NY 10105
*FIRST CLASS MAIL*

John H. Knight, Esq.
Cory D. Kandestin, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Fortress Credit Corp.)
*HAND DELIVERY*

Adam G. Landis, Esq.
Kerri Mumford, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(Ableco Finance LLC, Silver Oak Capital LLC, and DB Zwirn & Co. L.P.)
*HAND DELIVERY*

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(Moelis & Company, LLC)
*HAND DELIVERY*

Jane Leamy, Esq.
Office of the United States Trustee
844 N. King Street, Room 2313
Lock Box 35
Wilmington, DE 19801
*HAND DELIVERY*

Sharon L. Levine, Esq.
Suzanne Iazzetta, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
(Official Committee of Unsecured Creditors of Pappas Telecasting Inc., et al.)
*FIRST CLASS MAIL*

William K. Lisecky
15 Carriage Lane
New Canaan, CT 06840
*FIRST CLASS MAIL*

Robert C. Maddox, Esq
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*HAND DELIVERY*

#33390906 v1 (14 hand delivery, 37 regular mail)

David J. McCarty, Esq.
Kyle Mathews, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
(Comerica Bank)
***FIRST CLASS MAIL***

John D. McLaughlin
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE 19801
Counsel to Harry Pappas
***HAND DELIVERY***

Michael B. Mukasey, Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
***FIRST CLASS MAIL***

Andrew M. Parlen, Esq
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(Media Trust Acquisitions, LLC)
***FIRST CLASS MAIL***

Harry J. Pappas
8770 Lakeside Drive
Reno, NV 89511
***FIRST CLASS MAIL***

David S. Rosner, Esq.
Ronald R. Rossi, Esq.
David J. Mark, Esq.
Jeffrey R. Gleit, Esq.
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(Fortress Credit Corp.)
***FIRST CLASS MAIL***

Susan Savage Mahin
Trustee
Frank Savage Trust
4550 Chantry Court
Cypress, CA 90630
***FIRST CLASS MAIL***

Ronald L. Schoenherr
Executive Director
Redwood Empire Public Television, Inc.
KEET-TV
P.O. Box 13
Eureka, CA 95502-0013
***FIRST CLASS MAIL***

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
***FIRST CLASS MAIL***

Secretary of State
Franchise Tax Division
Division of Corporations
401 Federal Street
PO Box 898
Dover, DE 19903
***FIRST CLASS MAIL***

#33390906 v1 (14 hand delivery, 37 regular mail)

| | |
|---|---|
| Secretary of Treasury<br>Attn: Officer, Director, or Managing Agent<br>820 Silverlakd Blvd., Suite 100<br>Dover, DE 19904<br>***FIRST CLASS MAIL*** | Securities & Exchange Commision<br>Attn: Michael Berman<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20020<br>***FIRST CLASS MAIL*** |
| Joseph Zujkowski, Esq<br>Times Square Tower<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>(Media Trust Acquisitions, LLC)<br>***FIRST CLASS MAIL*** | Ramesh Singh<br>c/o Recovery Manangement Systems Corp.<br>GE Money Bank, Financial Controller<br>25 SE Second Avenue, Suite 1120<br>Miami, FL 33131<br>(GE Money Bank (Brooks Brothers))<br>***FIRST CLASS MAIL*** |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington, DE 19899-2046<br>***HAND DELIVERY*** | Wayne M. Smith, Esq.<br>4000 Warner Blvd.<br>Warner Bros. Entertainment Inc.<br>Building 156, Room 5158<br>Burbank, CA 91522<br>(Warner Bros. Domestic Television Distribution)<br>***FIRST CLASS MAIL*** |
| Charles A. Stanziale, Jr., Esq.<br>Four Gateway Center<br>Brian L. Baker, Esq.<br>Jeffrey T. Testa, Esq<br>MCCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, NJ 07102<br>(Chapter 11 Trustee in<br>In re Pappas Telecasting Inc., et al.)<br>***FIRST CLASS MAIL*** | Michael L. Tuchin, Esq.<br>David A. Fidler, Esq.<br>Lee R. Bogdanoff, Esq.<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>(Ableco Finance LLC, Silver Oak Capital LLC, \|<br>and DB Zwirn & Co. L.P.)<br>***FIRST CLASS MAIL*** |
| Kathleen Victory, Esq.<br>FLETCHER, HEALD & HILDRETH, P.L.C.<br>1300 North 17th Street, 11th Floor<br>Arlington, VA 22209<br>(Special Federal Telecommunications<br>Counsel to Debtors)<br>***FIRST CLASS MAIL*** | Diane E. Vuocolo, Esq.<br>2700 Commerce Square<br>GREENBERG TRAURIG, LLP<br>2001 Market Street<br>Philadelphia, PA 19103<br>(E. Roger Williams, Chapter 11 Trustee)<br>***FIRST CLASS MAIL*** |

#33390906 v1 (14 hand delivery, 37 regular mail)

Gilbert B. Weisman, Esq.
c/o BECKET AND LEE LLP
American Express Bank FSB
P.O. Box 3001
Malvern, PA 19355-0701
(American Express Bank FSB)
***FIRST CLASS MAIL***

#33390906 v1 (14 hand delivery, 37 regular mail)